# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
## Eastern Division

Lakefront Pictures, LLC, et al.
                              Plaintiff,

v.                                          Case No.: 1:24−cv−01108
                                            Honorable Jeffrey I Cummings

Jordan Ancel, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2025:

MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [31], which indicates by agreement of the parties that the abstention argument raised in defendants' motion to stay/dismiss is now moot. The parties also now agree that limited third−party discovery for the purposes of identifying Doe defendants would serve the interests of the parties. Accordingly, plaintiffs' motion for leave to commence limited third−party discovery [27] is granted. By 4/16/25, the parties shall file a joint status report setting forth a proposed schedule for the completion of the limited third−party discovery. Discovery otherwise remains stayed until further order of the Court. The 4/7/25 tracking status hearing is stricken and re−set to 4/28/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.