**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LAKEFRONT PICTURES, LLC, JENNIFER ) 
KARUM and THE CURSE, LLC, )
           )
           Plaintiffs/Counter-Defendants, )     Case No. 1:24-cv-01108
           )
       vs. )     Hon. Mag. Judge M. David Weisman
           )
JORDAN ANCEL, JORDAN ANCEL )
INTERNATIONAL, LLC, ROCK CITY ROAD )
FILMS LLC, CANDICE ROSE, and DOE )
DEFENDANTS 1-20, )
           )
           Defendants/Counter-Plaintiffs. )

**JOINT STATUS REPORT AND PROPOSED REVISED DISCOVERY PLAN**

Plaintiffs/Counter-Defendants, LAKEFRONT PICTURES, LLC, JENNIFER KARUM and THE CURSE, LLC (collectively, the "Plaintiffs"), and Defendants/Counter-Plaintiffs JORDAN ANCEL, JORDAN ANCEL INTERNATIONAL, LLC, ROCK CITY ROAD FILMS LLC, CANDICE ROSE (collectively, the "Defendants"), by their respective attorneys, and pursuant to this Court's Order entered on May 6, 2026 (Dkt. 120), submit this Joint Status Report and Proposed Revised Discovery Plan:

**STATUS OF LITIGATION**

1.       With the Court's order granting, in part, and denying, in part, the Ancel Parties' Amended Counterclaim, the parties are finally at issue with respect to the claims and counterclaims.

2.       There is only one pending motion. On February 10, 2026, Attorney Alexander Loftus moved to withdraw as counsel for Defendant Rose (Dkt. 86). The Motion was not noticed for presentation, but Ms. Rose engaged counsel (Sean Patrick) who has appeared in the case. The

parties request that the Court enter an order acknowledging the substitution of counsel and as a matter of necessary formality, order granting Mr. Loftus' motion to withdraw.

## STATUS OF DISCOVERY

3.      Written discovery is on-going.  All parties have issued and responded to the first set of written discovery requests.  Plaintiffs and the Ancel Parties served a second set of written discovery requests, and Plaintiffs and the Ancel Parties served timely responses.  Defendant Rose, however, has not responded to the Second Request for Production or First Set of Interrogatories which are now months overdue.

4.      Counsel for Plaintiffs and the Ancel parties met and conferred to address certain objections and a schedule to complete document production.  The conference was productive.

5.      There has been extensive non-party discovery which remains ongoing.

6.      The parties request a modification and extension of the original discovery schedule. The principal reason for the need for additional time is health issues experienced by Plaintiffs' counsel, which began in February, and will require surgery in June and a period of convalescence thereafter.  The parties have reached an accord with respect to the following schedule, except that the Ancel parties have requested a short deadline to complete discovery (see E.1):

A.      Defendant Rose to Respond to Outstanding Discovery Requests by **May 26, 2026**;

B.      All parties to complete their production of documents and serve amended discovery responses (as necessary) by **June 5, 2026**;

C.      Plaintiffs shall answer the surviving Amended Counterclaims by **June 12, 2026;**

D.      The deadline to amend pleadings to add additional allegations and/or counts between the *current* parties based upon the results of discovery shall be **June 19, 2026**;

2

E.  All fact discovery (including depositions) shall be completed on or before **October 16, 2026**;

       1.  Ancel Defendants' Position: Fact Discovery should close by August 1, 2026.

F.  Expert discovery may be necessary. The parties propose to set a schedule with respect to expert discovery (as necessary) at a status hearing prior to the close of fact discovery.

RESPECTFULLY SUBMITTED,

RESPECTFULLY SUBMITTED,

**LAKEFRONT PICTURES, LLC, JENNIFER KARUM and THE CURSE, LLC,**

**JORDAN ANCEL, JORDAN ANCEL INTERNATIONAL, LLC, ROCK CITY ROAD FILMS LLC and CANDICE ROSE**

By: ___*/s/ George J. Spathis*___
    LEVENFELD PEARLSTEIN, LLC
    120 South Riverside Plaza, Suite 1800
    Chicago, Illinois 60606
    gspathis@lplegal.com

By: ___*/s/ Alexander N. Loftus*___
    Loftus & Eisenberg, Ltd.
    161 N. Clark Street, Suite 1600
    Chicago, Illinois 60601
    alex@loftusandeisenberg.com

RESPECTFULLY SUBMITTED,

**CANDICE ROSE**

By: ___*/s/ Sean. P. Patrick*___
    Rifkind Patrick LLC
    3025 N. Lincoln Avenue
    Chicago, Illinois 60657
    spatrick@rifkindpatrick.com

## CERTIFICATE OF SERVICE

I, George J. Spathis, an attorney, hereby certify that on May 19, 2026, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system and served upon the parties listed below via electronic mail.

Vincent Dominick Pinelli     vpinelli@bbp-chicago.com, aposluns@bbp-chicago.com

Christian Novay     christian.novay@lewisbrisbois.com, angela.miller@lewisbrisbois.com

David Alan Eisenberg     david@loftusandeisenberg.com

Mark S. Jamil     mjamil@bbp-chicago.com

Alexander Nicholas Loftus     alex@loftusandeisenberg.com

George J. Spathis     nbailey@lplegal.com, gnegrete@lplegal.com, gspathis@lplegal.com, kpatton@lplegal.com, druiz@lplegal.com, ikropiewnicka@lplegal.com

Megan DeMarco     docketdept@rshc-law.com, mdemarco@rshc-law.com

Jack Thomas Grochowski     jgrochowski@bbp-chicago.com

Sean P. Patrick     spatrick@rifkindpatrick.com


_/s/ George J. Spathis_

4