**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LAKEFRONT PICTURES, LLC, JENNIFER KARUM, and THE CURSE, LLC, | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) | No. 24 C 1108 |
| v. | ) ) ) | Magistrate Judge M. David Weisman |
| JORDAN ANCEL, JORDAN ANCEL INTERNATIONAL, LLC, ROCK CITY ROAD FILMS, LLC, CANDICE ROSE, and DOE DEFENDANTS 1-20, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiffs/Counter-Defendants LAKEFRONT PICTURES, LLC, JENNIFER KARUM, and THE CURSE, LLC (collectively, "Plaintiffs"), Defendants/Counter-Plaintiffs JORDAN ANCEL, JORDAN ANCEL INTERNATIONAL, LLC, and ROCK CITY ROAD FILMS, LLC (collectively, the "Ancel Defendants"), and Defendant CANDICE ROSE, by their respective attorneys and pursuant to this Court's May 19, 2026 order (Dkt. 123), submit this Joint Status Report in advance of the status hearing set for June 18, 2026, at 1:15 p.m.

**I. STATUS OF PLEADINGS**

The parties are at issue on the claims and counterclaims, with one exception addressed below. Pursuant to this Court's May 19, 2026 order, Plaintiffs were to answer the surviving Amended Counterclaims by June 12, 2026. (Dkt. 123.) On June 12, 2026, Counter-Defendant The Curse, LLC filed its Answer and Affirmative Defenses to the Amended Counterclaim, asserting five affirmative defenses. (Dkt. 125.)

LP 26641647.1 \ 48288.140226

On June 13, 2026, the Ancel Defendants moved under Federal Rule of Civil Procedure 12(f) to strike each of The Curse, LLC's five affirmative defenses. (Dkt. 126) The Court set a briefing schedule with respect to that motion.

The deadline to amend pleadings to add additional allegations or counts between the current parties based upon the results of discovery is June 19, 2026. (Dkt. 123.)

## II. STATUS OF DISCOVERY

### A. Written Discovery Between Plaintiffs and the Ancel Defendants

Pursuant to this Court's May 19, 2026 order, all parties were to complete production of documents and serve amended discovery responses by June 5, 2026. (Dkt. 123.) Following the meet-and-confer process ordered by the Court (Dkt. 121), Plaintiffs served amended and supplemental discovery responses on June 5, 2026, together with a supplemental production of 1,514 documents. Plaintiffs' production now spans Bates numbers LFP000001 through LFP007113.

Counsel for the Ancel Defendants reviewed the supplemental responses and production in their entirety. On June 9, 2026, the Ancel Defendants sent Plaintiffs' counsel a second supplemental discovery deficiency letter, identifying four categories of deficiencies that remain uncured: (1) the factual and medical basis for Plaintiff Karum's claimed emotional distress damages, including her refusal to identify any treating mental health provider; (2) Plaintiffs' failure to produce electronically stored information in native format with metadata, as specified in the Ancel Defendants' requests; (3) the absence of any privilege log; and (4) Plaintiff Karum's refusal to identify her other litigation in response to Interrogatory No. 25. The letter requested supplementation within fourteen days, by June 23, 2026. As of the filing of this report, Plaintiffs have not responded to the letter.

If the deficiencies are not cured by June 23, 2026, the Ancel Defendants intend to renew their motion to compel — previously filed on May 6, 2026 (Dkt. 119) and stricken without prejudice for completion of the meet-and-confer process (Dkt. 121) — and to seek relief under Rule 37, including preclusion under Rule 37(c)(1) with respect to the emotional distress damages claim.

Plaintiffs' Position: Plaintiffs are similarly reviewing the most recent discovery responses and production by the Ancel Defendants, and intend to identify deficiencies in their responses/production, as well as respond to the June 9th letter, although the undersigned (George Spathis) will be unable to do so by June 23, 2026, due to scheduled surgery on June 22, 2026, and a period of convalescence thereafter (returning to the office on June 30th). The undersigned therefore expects to respond by July 6, 2026.

**B. Defendant Rose's Discovery Responses**

Pursuant to this Court's May 19, 2026 order, Defendant Rose responded to the outstanding discovery requests by May 26, 2026. (Dkt. 123.) Plaintiffs are reviewing the most recent discovery responses and production by Rose and intend to identify deficiencies in her responses/ production, by July 6, 2026.

**C. Non-Party Discovery**

As reported in the parties' prior status report (Dkt. 122), there has been extensive non-party discovery, which remains ongoing.

Dated: June 16, 2026

RESPECTFULLY SUBMITTED,

By: /s/ George J. Spathis
George J. Spathis
Levenfeld Pearlstein, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Counsel for Plaintiffs/
Counter-Defendants

RESPECTFULLY SUBMITTED,

By: /s/ Alexander N. Loftus
Alexander N. Loftus
LOFTUS & EISENBERG, LTD.
181 W. Madison Street, Suite 4700
Chicago, Illinois 60602
(312) 899-6625
alex@loftusandeisenberg.com
Counsel for the Ancel Defendants/
Counter-Plaintiffs

By: /s/ Sean P. Patrick
Sean P. Patrick
Rifkind Patrick LLC
3025 N. Lincoln Avenue
Chicago, Illinois 60657
spatrick@rifkindpatrick.com
Counsel for Defendant Candice Rose

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2026, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *George J. Spathis*