# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LAKEFRONT PICTURES, LLC, JENNIFER KARUM, and THE CURSE, LLC, | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) ) | No. 24 C 1108 |
| v. | ) ) | Magistrate Judge M. David Weisman |
| JORDAN ANCEL, JORDAN ANCEL INTERNATIONAL, LLC, ROCK CITY ROAD FILMS, LLC, CANDICE ROSE, and DOE DEFENDANTS 1-20, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiffs/Counter-Defendants LAKEFRONT PICTURES, LLC, JENNIFER KARUM, and THE CURSE, LLC (collectively, "Plaintiffs"), Defendants/Counter-Plaintiffs JORDAN ANCEL, JORDAN ANCEL INTERNATIONAL, LLC, and ROCK CITY ROAD FILMS, LLC (collectively, the "Ancel Defendants"), and Defendant CANDICE ROSE, by their respective attorneys and pursuant to this Court's June 17, 2026 order (Dkt. 129), submit this Joint Status Report in advance of the status hearing set for July 15, 2026.

## I. STATUS OF PLEADINGS

The Curse, LLC filed its answer and defenses to Ancel's Amended Counterclaims. (Dkt. 125) Ancel has moved to strike The Curse's affirmative defenses. (Dkt. 126). The Motion to Strike is fully briefed.

Plaintiffs filed their Amended Complaint on June 29, 2026 (Dkt. 130). The Ancel Defendants have moved for partial dismissal of the amended claims asserted against them (Dkt.

136), and the Court has set a briefing schedule with respect to that Motion. Rose has not yet responded to the Amended Complaint, but expects to file by July 13, 2026 an Unopposed Motion for Leave to File a Memorandum in Excess of 15 pages.

## II. STATUS OF DISCOVERY

**A.     Party Discovery.**

The parties completed their respective production of documents by June 5, 2026. Ancel has Moved to Compel further discovery (Dkt. 134.) The Court has set a briefing schedule in connection with that motion. Plaintiff expects to meet and confer with Defendants regarding various responses and objections during the week on July 13, 2026.

**B.     Non-Party Discovery**

As reported in the parties' prior status report, there has been extensive non-party discovery, which remains ongoing.

Dated: July 10, 2026

RESPECTFULLY SUBMITTED,

By: /s/ George J. Spathis
George J. Spathis
Levenfeld Pearlstein, LLC
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Counsel for Plaintiffs/
Counter-Defendants

RESPECTFULLY SUBMITTED,

By: /s/ Alexander N. Loftus
Alexander N. Loftus
LOFTUS & EISENBERG, LTD.
181 W. Madison Street, Suite 4700
Chicago, Illinois 60602
(312) 899-6625
alex@loftusandeisenberg.com
Counsel for the Ancel Defendants/
Counter-Plaintiffs

By: /s/ Sean P. Patrick
Sean P. Patrick
Rifkind Patrick LLC
3025 N. Lincoln Avenue
Chicago, Illinois 60657
spatrick@rifkindpatrick.com
Counsel for Defendant Candice Rose

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *George J. Spathis*