**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| LAKEFRONT PICTURES, LLC, JENNIFER KARUM, and THE CURSE, LLC, | ) ) ) ) | Case No.  1:24-cv-01108 |
|  | ) ) |  |
| Plaintiff, | ) |  |
| vs. | ) ) |  |
| JORDAN ANCEL, JORDAN ANCEL INTERNATIONAL, LLC, ROCK CITY ROAD FILMS LLC, CANDICE ROSE, And DOES 1-20, | ) ) ) ) | Honorable Jeffrey I. Cummings  Magistrate Judge Hon. M. David Weisman |
|  | ) ) |  |
| Defendants. | ) |  |

**DEFENDANT CANDICE ROSE'S UNOPPOSED MOTION FOR LEAVE TO FILE
MEMORANDUM IN SUPPORT OF HER MOTION TO DISMISS IN EXCESS OF 15
PAGES**

NOW COMES Defendant Candice Rose ("Rose"), by and through her undersigned counsel, RIFKIND PATRICK LLC, respectfully moves this Court, pursuant to Local Rule 7.1 of the United States District Court for the Northern District of Illinois, for leave to file a Memorandum in Support of her Motion to Dismiss in excess of the fifteen-page limitation. In support of this Motion, Rose states as follows:

1. Local Rule 7.1 limits memoranda in support of motions to fifteen pages absent prior approval of the Court.

2. Plaintiffs' Amended Complaint is voluminous, involving numerous individuals, entities, and alleged events occurring over several years.

1

3. The Amended Complaint substantially expands the original pleading and incorporates virtually all preceding allegations into each count, requiring Defendant Rose to address both the factual allegations directed specifically at her and those incorporated into the claims asserted against her.

4. Rose seeks dismissal of eight counts asserted against her pursuant to Federal Rule of Civil Procedure 12(b)(6), including claims for defamation, false light invasion of privacy, tortious interference with contractual relations, tortious interference with prospective business expectancy, intentional infliction of emotional distress, civil conspiracy, and breach of contract.

5. Each claim presents distinct legal standards and requires separate analysis of different factual allegations contained throughout the Amended Complaint. Although counsel has made efforts to present the issues concisely and avoid duplication, compliance with the fifteen-page limitation would not permit adequate briefing of the issues presented.

6. The requested additional approximately seven (7) pages are necessitated by the scope and complexity of Plaintiffs' Amended Complaint, not by unnecessary repetition or cumulative argument.

7. Granting this Motion will not prejudice Plaintiffs. Plaintiffs elected to file a lengthy Amended Complaint asserting numerous claims and expansive factual allegations, making a correspondingly comprehensive response appropriate.

8. Good cause therefore exists to permit Rose to file an oversized memorandum.

**WHEREFORE**, Defendant Candice Rose respectfully requests that the Court grant her leave to file a Memorandum in Support of her Motion to Dismiss not to exceed twenty-two (22) pages, together with such other and further relief as the Court deems just and proper.

2

\*      \*      \*

Respectfully Submitted,

CANDICE ROSE

By:     */s/ Sean Patrick*
        Sean Patrick
        An Attorney for Defendant

RIFKIND PATRICK LLC
3025 N Lincoln Ave
Chicago, Illinois 60657
(312) 725-4229
ARDC#: 6313699
legal@rifkindpatrick.com
*Attorneys for the Defendant*

3