# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: LAKEFRONT PICTURES, LLC, et al. v. ANCEL, et al.

Case Number: 1:24-cv-01108

An appearance is hereby filed by the undersigned as attorney for:
PLAINTIFFS LAKEFRONT PICTURES, LLC, JENNIFER A. KARUM, AND THE CURSE LLC

Attorney name (type or print):  ILYA G. ZLATKIN

Firm:    ZLATKIN CANN ENTERTAINMENT

Street address:     4245 N. KNOX AVE.

City/State/Zip:    CHICAGO, IL 60641

Bar ID Number:  6314344
(See item 3 in instructions)

Telephone Number:    (312) 809-8022

Email Address: ILYA@ZCE.LAW

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 07/22/2026

Attorney signature:    S/ ILYA G. ZLATKIN
(Use electronic signature if the appearance form is filed electronically.)