**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lakefront Pictures, LLC, et al.

                         Plaintiff,

v.                                       Case No.: 1:24–cv–01108
                                       Honorable M. David Weisman

Jordan Ancel, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2026:

      MINUTE entry before the Honorable M. David Weisman: The Court strikes without prejudice the Ancel defendants' motion to compel [ECF [134]]. Any amended motion must include as exhibits the discovery requests and answers that are the subject of the motion. Motion hearing set for 7/30/26 is stricken. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.