## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Lakefront Pictures, LLC, et al.

                                 Plaintiff,

v.                                                    Case No.: 1:24–cv–01108
                                                      Honorable M. David Weisman

Jordan Ancel, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

     MINUTE entry before the Honorable M. David Weisman: Plaintiff's unopposed motion for leave to file excess pages [159] is granted. In the future, the parties should seek leave to file an overlength brief before they prepare and present the overlength brief to the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.