**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lakefront Pictures, LLC, et al.
Plaintiff,
v.
Case No.: 1:24−cv−01108
Honorable M. David Weisman
Jordan Ancel, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 25, 2026:

MINUTE entry before the Honorable M. David Weisman: Ruling on Motion hearing held. The Court will issue rulings on the pending motions [[136], [143], [156]] in the near future. The Court noted the significant amount of motion practice and inquired about next steps. The Plaintiff noted difficulties in proceeding and has served document subpoenas all over the country with many not being responded to. No depositions have been taken. Plaintiff proposed the parties discuss narrowing the case and claims at issue. Plaintiff further states that settlement conference may be productive given the amount of discovery that has been conducted. Defendant agreed. Plaintiff indicated additional time may be needed to complete discovery, and Defendant wants to complete discovery by the dates already set. The Court noted Defendant's disclosure of 106 witnesses impairs fast and efficient resolution of the case while Defendant states it only seeks to take 3 depositions. Defendant stated it followed the rules and disclosed those with knowledge, and Plaintiff has not asked Defendant to pare the list down for discovery purposes. Court directed the parties to discuss discovery that needs to be completed if the case moves forward and to discuss possibility of settlement conference with their clients and each other. Status hearing set for 9/10/26 at 10:00 a.m. or 1:30 p.m. Plaintiff to notify the parties and Alyssia_Owens@ilnd.uscourts.gov regarding the time that works. Ruling date on motion to compel set for 9/9/26 is stricken and reset to 9/10/26 at whichever time is chosen. Joint status report due by COB on 9/8/26 setting forth the status of the parties' discussions and proposed next steps, whether joint or separate. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.