**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

LAKEFRONT PICTURES, LLC, JENNIFER KARUM, and THE CURSE, LLC,

Plaintiffs,

v.

JORDAN ANCEL, JORDAN ANCEL INTERNATIONAL, LLC, ROCK CITY ROAD FILMS LLC, and CANDICE ROSE,

Defendants.

Case No. 1:24-cv-01108

Mag. Judge M. David Weisman

# JOINT STATUS REPORT

Pursuant to the Court's minute entry dated August 25, 2026 [Dkt. 166], Plaintiffs Lakefront Pictures, LLC, Jennifer A. Karum, and The Curse, LLC (collectively, "Plaintiffs") and Defendants Jordan Ancel, Jordan Ancel International, LLC, and Rock City Road Films LLC (collectively, "Ancel Defendants") and Candice Rose ("Rose" and, together with the Ancel Defendants, "Defendants"), by and through their respective counsel, submit this Joint Status Report setting forth the status of the parties' discussions and their proposed next steps:

1. **Pending Motions.**

a. Three motions remain pending before the Court: Defendant Rose's motion to dismiss, the Ancel Defendants' partial motion to dismiss, and the Ancel Defendants' motion to compel [Dkt. 136; Dkt. 143; Dkt. 156]. The Court has advised that it will issue rulings on these motions in the near future.

2. **Status of Discovery.**

a. The parties have exchanged substantial written discovery.

b. Plaintiffs have served document subpoenas on third parties in numerous jurisdictions across the country, and many such third parties have not responded to the subpoenas.

c. No depositions have yet been taken by any parties. The Ancel Defendants have served deposition notices and represent that they anticipate needing to take approximately three depositions, including a corporate representative, to complete their discovery.

d. The Ancel Defendants' Rule 26(a)(1) disclosures identify 106 potential witnesses. Plaintiffs submit that a witness pool of this size is disproportionate to the needs of the case for trial purposes and that the scope of the matter should be narrowed to render fact discovery manageable. The Ancel Defendants submit that their disclosures were made in compliance with Rule 26 and reflect the individuals with knowledge of the underlying facts, and that they intend to call only a limited number of witnesses at trial.

3. **Settlement.**

a. The parties believe that a settlement conference may be helpful at this time. The Court, sitting as magistrate judge, previously presided over a settlement conference early in the case, before written discovery had been completed. In light of the substantial written discovery that the parties have since exchanged, the parties believe a further settlement conference may now be productive.

4. **Proposed Next Steps.**

a. To the extent the case does not settle after a potential second settlement conference, within seven (7) days the parties will submit their proposed comprehensive plan to complete oral fact discovery, and, if the parties are unable to agree, each party will submit its own proposed plan.

Dated: September 8, 2026

Respectfully submitted,

PLAINTIFFS

By: /s/ *George J. Spathis (with permission)*
George J. Spathis
LEVENFELD PEARLSTEIN, LLC
120 South Riverside Plaza, Suit e1800
Chicago, Illinois 60606
Tel: (312) 346-8380
gspathis@lplegal.com

By: /s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorneys for Plaintiffs Lakefront Pictures, LLC, Jennifer A. Karum, and The Curse, LLC*

Respectfully submitted,

DEFENDANTS

By: /s/ *Alexander N. Loftus (with permission)*
Alexander N. Loftus
LOFTUS & EISENBERG, LTD.
181 West Madison Street, Suite 4700
Chicago, Illinois 60602
Tel: (312) 899-6625
alex@loftusandeisenberg.com

*Attorneys for Defendants Jordan Ancel, Jordan Ancel International, LLC, and Rock City Road Films LLC*

By: /s/ *Sean P. Patrick (with permission)*
Sean P. Patrick
RIFKIND PATRICK LLC
3025 North Lincoln Avenue
Chicago, Illinois 60657
Tel: (312) 725-4229
legal@rifkindpatrick.com

*Attorneys for Defendant Candice Rose*