**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lakefront Pictures, LLC, et al.
Plaintiff,
v.
Jordan Ancel, et al.
Defendant.

Case No.: 1:24−cv−01108
Honorable M. David Weisman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2026:

MINUTE entry before the Honorable M. David Weisman: Status/Ruling on motions [[136, [143], [156]] set for 9/10/26 and status hearing set for 9/17/26 are stricken. The joint status report [168] states that the parties want to schedule a settlement conference. The parties are directed to discuss mutually agreeable dates and jointly contact Courtroom Deputy Alyssia Owens, Alyssia_Owens@ilnd.uscourts.gov, by 9/21/26 to set a settlement conference date. Judge Weisman generally conducts settlement conferences Tuesdays, Wednesdays, Thursdays, and Fridays at either 10:30 a.m. to 12:30 p.m. or 2:00 p.m. to 4:00 p.m. Other dates and times may be available as required by the Court or the parties. The parties MUST indicate in their joint email whether they are seeking a video or in−person settlement conference. Status hearing for 9/24/26 at 9:15 a.m. If a settlement conference date has been set, the Court will strike the status hearing. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.