**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lakefront Pictures, LLC, et al.
Plaintiff,
v.
Case No.: 1:24−cv−01108
Honorable M. David Weisman
Jordan Ancel, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2026:

MINUTE entry before the Honorable M. David Weisman: Status hearing set for 9/24/26 is stricken. In−person settlement conference set for 11/3/26 at 2:00 p.m. Plaintiffs' settlement letter shall be delivered to Defendants on or before 10/20/26 and Defendants' settlement letter shall be delivered to Plaintiffs on or before 10/27/26. Settlement letters are limited to 5 pages excluding attachments. The parties must also submit their respective letters by email to Proposed_Order_Weisman@ilnd.uscourts.gov. Please note that settlement letters and documents are not to be filed on the CM/ECF system. By agreement Mr. Ancel can appear remotely and defense counsel must coordinate the remote connectivity. The Court may have ex parte discussions with counsel in advance of the settlement conference if the Court believes such conversations are warranted. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.