**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lakefront Pictures, LLC, et al.

Plaintiff,

v.

Case No.: 1:24−cv−01108
Honorable M. David Weisman

Jordan Ancel, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 28, 2026:

MINUTE entry before the Honorable M. David Weisman: The Court enters and continues defendants' motion to quash subpoenas to Joelle Warie Delhaye Hill [172]. If defendants believe that resolution of the motion is necessary for an effective settlement conference, they should file an appropriate but brief motion and the Court will reconsider the need for briefing at this time. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.