**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LAKEFRONT PICTURES, LLC, JENNIFER KARUM and THE CURSE, LLC, | ) | |
| Plaintiffs, | ) | Case No. 1:24-cv-01108 |
| vs. | ) | Hon. Mag. Judge M. David Weisman |
| JORDAN ANCEL, JORDAN ANCEL INTERNATIONAL, LLC, ROCK CITY ROAD FILMS LLC, CANDICE ROSE, and DOE DEFENDANTS 1-20, | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: See attached Certificate of Service

PLEASE TAKE NOTICE that on **October 8, 2026**, at **9:15 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable M. David Weisman, or any judge presiding in his stead, in Courtroom 1300 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and at that time and place shall present ***Plaintiffs' Motion to Confirm an Extension of the Fact Discovery Cut-off and for Related Relief to Facilitate the November 3, 2026 Settlement Conference***, a copy of which is hereby served upon you.

RESPECTFULLY SUBMITTED,

**LAKEFRONT PICTURES, LLC, JENNIFER KARUM and THE CURSE LLC,**

By: */s/ George J. Spathis*
One of their attorneys

George J. Spathis (ARDC # 6204509)
LEVENFELD PEARLSTEIN, LLC
Attorney for Defendants
120 South Riverside Plaza, Suite 1800
Chicago, Illinois 60606
312.346.8380
gspathis@lplegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026, I caused the foregoing pleading to be electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants of record in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system on all counsel of record.

**1:24-cv-01108 Notice has been electronically mailed to:**

Alexander Nicholas Loftus alex@loftusandeisenberg.com

Christian Novay Christian.Novay@lewisbrisbois.com, angela.miller@lewisbrisbois.com

David Alan Eisenberg david@loftusandeisenberg.com

George J. Spathis gspathis@lplegal.com, druiz@lplegal.com, gnegrete@lplegal.com, ikropiewnicka@lplegal.com, kpatton@lplegal.com, mlockhart@lplegal.com, nbailey@lplegal.com

Ilya Zlatkin ilya@zce.law, 8940587420@filings.docketbird.com, clerk@zce.law, zce@recap.email

Jack Thomas Grochowski jgrochowski@bbp-chicago.com

Mark S. Jamil mjamil@bbp-chicago.com

Megan DeMarco mdemarco@rshc-law.com, docketdept@rshc-law.com

Sean P. Patrick spatrick@rifkindpatrick.com

Vincent Dominick Pinelli vpinelli@bbp-chicago.com, aposluns@bbp-chicago.com

*/s/ George J. Spathis*