**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lakefront Pictures, LLC, et al.
Plaintiff,
v.
Jordan Ancel, et al.
Defendant.

Case No.: 1:24−cv−01108
Honorable M. David Weisman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 28, 2026:

MINUTE entry before the Honorable M. David Weisman: At the Court's request and by agreement, the in−person settlement conference set for 11/3/26 will begin at 1:30 p.m. rather than at 10:30 a.m. (Please Note Time Change.) The Court appreciates everyone for their flexibility. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.