**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lakefront Pictures, LLC, et al.
Plaintiff,
v.
Case No.: 1:24−cv−01108
Honorable M. David Weisman
Jordan Ancel, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2026:

MINUTE entry before the Honorable M. David Weisman: Settlement conference held. All parties, with the exception of defendant Ancel, appeared in person. The parties made little progress towards resolution. The case will now be managed towards substantive resolution of the claims brought. Defendants to answer the amended complaint 11/20/26. Parties are to comply with the Court's discovery ruling at ECF #[183] by 12/4/26. Status hearing set for 12/22/26 at 9:15 a.m. for discovery management, with a Joint Status Report due by noon on 12/18/26. The Joint Status Report should include the following: 1) a proposed discovery schedule that completes all discovery, including expert discovery by 12/3/27 (although the Court strongly urges the parties to avoid that particular date as a close of all discovery); 2) whether defendant Ancel still wishes to pursue his motion to quash (see ECF #[172]); 3) a list of depositions each party wishes to take; 4) a list of all third−party subpoenas issued and anticipated return dates, as well as dates to issue all remaining third−party subpoenas; and 5) any other issues the parties wish to raise with the Court. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.